# Court of Appeals
# of the State of Georgia

ATLANTA, __January 14, 2015__

*The Court of Appeals hereby passes the following order:*

**A15D0211.  GRACE BAIN v. MICHAEL BAIN.**

Grace Bain and Michael Bain divorced in 2009. Michael Bain filed motions for contempt against Grace Bain to enforce provisions of their divorce decree related to the division of property. The trial court held Grace Bain in contempt and awarded attorney fees to Michael Bain, pursuant to OCGA § § 9-15-14, 13-6-11, and 19-6-2. Grace Bain seeks discretionary review of these orders.

The Georgia Supreme Court has jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). As the underlying subject matter of this application is divorce, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*__01/14/2015__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*